UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON MORRIS PEGO,

    Defendant.

Case:1:22-cr-20285
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 06-01-2022 At 03:53 PM
INDI USA v PEGO (sk)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (18 U.S.C. §§ 2241(c), 1151 and 1153)
### (Aggravated Sexual Abuse)

On or about December 8, 2016, to on or about December 7, 2017, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Jason Morris Pego,** an Indian, knowingly engaged in a sexual act with Minor Victim-1, a child who had not attained the age of 12 years, that is, **Jason Morris Pego** intentionally touched the genitalia of Minor Victim-1, not through the clothing by hand and finger, with the intent to arouse or gratify the sexual desire of any person, in violation of 18 U.S.C. §§ 2241(c), 1151, and 1153.

## COUNT TWO
### (18 U.S.C. §§ 2241(c), 1151 and 1153)
### (Aggravated Sexual Abuse)

In or around May 2020, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Jason Morris Pego,** an Indian, knowingly engaged in a sexual act with Minor Victim-1, a child who had not attained the age of 12 years, that is, **Jason Morris Pego** intentionally made contact with the vulva of Minor Victim-1 with his penis, in violation of 18 U.S.C. §§ 2241(c), 1151, and 1153.

## COUNT THREE
### (18 U.S.C. §§ 2243(a), 1151 and 1153
### (Sexual Abuse of a Minor)

In or around May 2022, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Jason Morris Pego,** an Indian, knowingly engaged in a sexual act with Minor Victim-1, a child who attained the age of 12 years but had not attained the age of 16 years and who was at least four years younger than **Jason Morris Pego**, that is, **Jason Morris Pego** intentionally touched the genitalia of Minor Victim-1, not through the clothing by hand and finger, intentionally contacted Minor Victim-1's vagina with his mouth, and intentionally contacted and penetrated, however slight, Minor Victim-1's vulva and vagina with his penis, all

with the intent to arouse or gratify the sexual desire of any person, in violation of 18 U.S.C. §§ 2243(a), 1151 and 1153.

## COUNT FOUR
## (18 U.S.C. § 1512(b)(3)
## (Witness Tampering)

In or around June 2017 to May 2022, in the Northern Division of the Eastern District of Michigan, **Jason Morris Pego**, knowingly intimidated, threatened, and corruptly persuaded Minor Victim-1, or attempted to do so, with the intent to hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense, in violation of 18 U.S.C. § 1512(b)(3).

## COUNT FIVE
## (18 U.S.C. § 1512(b)(3)
## (Witness Tampering)

In or around June 2017 to May 2022, in the Northern Division of the Eastern District of Michigan, **Jason Morris Pego**, knowingly intimidated, threatened, and corruptly persuaded Minor Victim-2, or attempted to do so, with the intent to hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense, in violation of 18 U.S.C. § 1512(b)(3).

Dated: June 1, 2022                                THIS IS A TRUE BILL.


                                                   s/*Grand Jury Foreperson*
                                                   GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/*Anthony P. Vance*                                s/*Roy R. Kranz*
ANTHONY P. VANCE                                    ROY R. KRANZ
Assistant United States Attorney                    Assistant U.S. Attorney
Chief, Branch Offices                               101 First Street, Suite 200
                                                    Bay City, Michigan 48708-5747
                                                    (989) 895-5712
                                                    Roy.Kranz@usdoj.gov
                                                    (P56903)

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** | Case:1:22-cr-20285<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 06-01-2022 At 03:53 PM<br>INDI USA v PEGO (sk) |
|---|---|---|

**Companion Case information MUST be completed by AUSA**

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes          x No | **AUSA's Initials:**    RRK |

**Case Title:** USA v. JASON MORRIS PEGO

**County where offense occurred:** Isabella

**Check One:**   X **Felony**     __ **Misdemeanor**     __ **Petty**

     __X__ Indictment/____ Information --- **no** prior complaint.
     _____ Indictment/____ Information --- based upon prior complaint []
     _____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

     ☐    Corrects errors; no additional charges or defendants.
     ☐    Involves, for plea purposes, different charges or adds counts.
     ☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:   June 1, 2022

*s/Roy R. Kranz*
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:   P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.